# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

**An Express Mail parcel mailed on October 21, 2011, bearing label number EI 114 399 682 US. This parcel bears a handwritten label addressed to Raymond Torres, 2111 S. 12th St., Sheboygan, WI 53081, and bears the return address of Roy Prieto, 918 N. 4th St., McAllen, TX 78501. The parcel is 3 inches by 16 inches by 12 inches, weighs approximately 3 lbs. 7 oz., and bears $42.30 in postage.**

**Case Number:** 11- m - 283

U.S. District Court
Eastern District of Wis.
 I hereby certify that this is a true and correct copy of the original now remaining of record in my office.
PATRICIA J. GORENCE
U.S. Magistrate Judge
DATED: 10 / 25 / 11
By: CLERK

## APPLICATION & AFFIDAVIT FOR SEARCH WARRANT

I, Mark Spellman, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

**An Express Mail parcel mailed on October 21, 2011, bearing label number EI 114 399 682 US. This parcel bears a handwritten label addressed to Raymond Torres, 2111 S. 12th St., Sheboygan, WI 53081, and bears the return address of Roy Prieto, 918 N. 4th St., McAllen, TX 78501. The parcel is 3 inches by 16 inches by 12 inches, weighs approximately 3 lbs. 7 oz., and bears $42.30 in postage.**

located in the Eastern District of Wisconsin there is now concealed: **Please see attached affidavit, which is hereby incorporated by reference.**

The basis for the search warrant under Fed. R. Crim. P. 41(c) is which is (check one or more):

✓ evidence of a crime;
✓ contraband, fruits of a crime, or other items illegally possessed;
❏ property designed for use, intended for use, or used in committing a crime;
❏ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

Title 21, United States Code, Sections 843(b).

The application is based on these facts:

✓ Continued on the attached sheet, which is incorporated by reference.
❏ Delayed notice of _____ days (give exact ending date if more than 30 days:_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Applicant's signature
Name and Title: MARK D SPELLMAN POSTAL INSPECTOR

Sworn to before me, and signed in my presence.

Date _Oct 25_ , 2011

City and state: <u>Milwaukee, Wisconsin</u>

Judge's signature
THE HONORABLE PATRICIA J. GORENCE
<u>United States Magistrate Judge</u>
*Name & Title of Judicial Officer*

## AFFIDAVIT

I, Mark Spellman, being duly sworn on oath, state as follows:

1. I am a United States Postal Inspector currently assigned to the Milwaukee Field Office of the United States Postal Inspection Service. I have been employed as a Postal Inspector for over 21 years. My primary duties include investigating mailing of suspected controlled substances. As a Postal Inspector, I have been involved in several investigations of narcotics trafficking through the United States mail. Based upon my experience as a federal law enforcement officer, I know that the United States mails are used to deliver controlled substances.

2. The information contained in this affidavit is either the result of personal observations and investigation or has been relayed to me by other law enforcement agents or citizen witnesses, all of whom I believe to be reliable.

3. The Postal Inspection Service has implemented a U.S. Mail Narcotic Interdiction program nationwide. This program consists of a physical inspection of mail parcels which have been mailed to or from locations throughout the country. Packages bearing identifiable characteristics of drug parcels are subjected to a certified narcotics dog trained to detect controlled substances.

4. This affidavit is submitted in support of an application for a search warrant for a 3 inch by 16 inch by 12 inch Express Mail parcel, mailed on October 21, 2011, bearing label number EI 114 399 682 US. This parcel bears a handwritten label addressed to Raymond Torres, 2111 S. 12th St., Sheboygan, WI 53081, and bears the return address of Roy Prieto, 918 N. 4th St., McAllen, TX 78501. The parcel weighs approximately 3 lbs. 7 oz. and bears $42.30 in postage.

1

5. On October 21, 2011, Postal Inspector Jorge Concepcion of the McAllen Texas Field Office contacted Inspectors of the Milwaukee Field Office regarding a suspicious Express Mail Parcel from McAllen, Texas going to Sheboygan, Wisconsin.

6. The parcel originated from Texas which is a known source state for narcotics. The parcel contains fictitious return address information. Inspectors have determined there is no one named Roy Prieto listed, or receiving mail, at the 918 N. 4th St., McAllen, TX 78501 address. Your affiant has determined from Postal Management that no one by the name Raymond Torres is listed or receives mail at the 2111 S. 12th St., Sheboygan, WI 53081 address. Your affiant by his training and experience knows that parcels which contain controlled substances sometimes use fictitious address information in order to make the mailing seem legitimate.

7. On October 24, 2011, Inspector Spellman picked up the parcel described in paragraph 4 and made arrangements to bring a narcotics detecting canine from the Milwaukee Police Department to the Milwaukee Postal Inspection Service office. On this same date, I met with Milwaukee Police Detective Eugene S. Nagler and his canine "Duke," who are trained and certified in the detection of dangerous drugs by the North American Police Work Dog Association. Detective Nagler and Duke were originally certified on June 25, 2004, and are recertified annually, with a recent recertification on June 6, 2011. The controlled substances they are certified in detecting include marijuana, heroin and cocaine. Detective Nagler stated Duke has alerted, over 500 times including training, to the presence of controlled substances he is trained to detect. Duke's alerts have been the basis for more than 100 search warrants and more that 100 searches of motor vehicle. In addition, according to Inspection Service records, Duke has

2

successfully alerted to controlled substances on U.S. Mail Parcels and letters on 52 occasions since February of 2008, for a success rate of 100%.

8. On October 25, 2011, Inspector Spellman placed the aforementioned parcel on the ground in the Milwaukee Inspection Service Office with five other similar parcels. Duke alerted on the parcel bearing the Raymond Torres, 2111 S. 12th St., Sheboygan, WI 53081 address described in paragraph 4 above, by scratching and biting at it. Detective Nagler advised these actions are consistent with Duke detecting the odor of controlled substances. Duke did not alert on any of the other five parcels.

9. I believe that based upon the evidence described above, there is probable cause to indicate that the contents of the parcel bearing the address of Raymond Torres, 2111 S. 12th St., Sheboygan, WI 53081 is drug related, and may thus be evidence of the use of the mail to facilitate the possession and/or distribution of a controlled substance, in violation of Title 21, United States Code 843(b).

3